PROB 22
(Rev12/06)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
P0517656

DOCKET NUMBER *(Rec. Court)*
CR09-221 MAN

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| John P. Almany<br>Santa Barbara, California | EASTERN DISTRICT OF VIRGINIA | Alexandria | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Theresa Carroll Buchanan | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>April 27, 2007 | TO<br>April 26, 2009 |

OFFENSE

Driving While Intoxicated, in violation of Title 36, CFR Sec. 4.23(a)(2).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/16/08
*Date*

[signature]
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/10/09
*Effective Date*

[signature]
*United States Magistrate Judge*